UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS ALBERTO MARTINEZ,<br><br>                      Petitioner,<br><br>   v.<br><br>CHERYL STRANGE,<br><br>                      Respondent. | CASE NO. 2:21-cv-01395-TL<br><br>**ORDER OF DISMISSAL** |

Upon review of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and having received no objections or responses, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The petition is DISMISSED with prejudice as time-barred pursuant to 28 U.S.C. § 2244(d)(1) and Habeas Rule 4.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this <u>1st</u> day of <u>March</u> 2022.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1